UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MITCHELL FISHMAN,<br><br>*Defendant.* | *Criminal No.* **08-533**<br><br>**ORDER** |

Whereas defendant Mitchell Fishman was ordered to pay restitution in the amount of $1,008,279.00 to victims as set forth in restitution judgment, and

Upon consideration of the application of the United States of America for an Order of garnishment with respect to The Vanguard Group; the defendant's objection; and the United States letter dated February 9, 2012; and

Whereas defendant sets forth an objection to the garnishment of the Vanguard account, stating that the funds are subject to a support order to his ex-spouse, however defendant fails to produce any documentation regarding the support order;

For good cause shown, it is on this 14th day of February, 2012

Ordered that the defendant Mitchell Fishman shall contact the Financial Litigation Unit Attorney, Leah Bynon, at phone number 973-645-2736, to confer with the United States regarding the objection based on the support order, and shall provide documentation regarding the objection to the Financial Litigation Unit, addressed to: United States Attorney's Office, attn: Leah Bynon, 970 Broad St., Suite 700, Newark, NJ 07102 by **March 1, 2012.** Thereafter, the

Financial Litigation Unit shall consider the validity of the objection based on the documentation provided and shall provide a status report to the Court by **March 30, 2012**, setting forth whether a hearing is required or whether the garnishment will be withdrawn.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT